AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
JESUS NAREZ-MADRIGAL

*Defendant(s)*

Case No. 2:26-mj-06069-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2/15/14, 11/5/24, 8/27/25 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statements in a Naturalization Application |
| ~~52 U.S.C. § 20511(2)(A)~~ | ~~Fraudulent Voter Registration~~ ED |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Eric Diaz, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7:14 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# AFFIDAVIT

I, Eric Diaz, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for JESUS NAREZ-MADRIGAL ("NAREZ-MADRIGAL") also known as Jesus Narez, for a violation of 18 U.S.C. § 1015(a) (False Statements in a Naturalization Application) ~~and for a violation of 52 U.S.C. § 20511(2)(A) (Fraudulent Voter Registration)~~. ED

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since December 2024. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrest for offenses enumerated in Title 18, United States Code. During my tenure as a Special Agent, I have completed approximately six months

of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia, completing the Criminal Investigator Training Program, and HSI's add on training, Homeland Security Investigations Special Agent Training. Prior to my employment with HSI, I was employed by the Lee County (Florida) Sheriff's Office ("LCSO") for approximately eight years. During my tenure with LCSO, I investigated and assisted in numerous investigations involving the distribution and possession of narcotics, property crimes, and crimes against persons. Additionally, I hold a master's degree in criminal justice, earned in December of 2021 from Florida Gulf Coast University.

4. I am currently assigned to Homeland Security Task Force ("HSTF") Group 4, which is a cyber financial group that is responsible for investigating cybercrimes, cyber enabled crimes, and financial crimes related to illicit cryptocurrency and financial technology platforms.

## III. **STATEMENT OF PROBABLE CAUSE**

5. Department of Homeland Security ("DHS") records reveal that NAREZ-MADRIGAL was born on December XX, 1973, in Mexico, and is a native and citizen of Mexico, who entered the United States in 1980 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

6. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud

indicators. One of the referrals provided was for NAREZ-MADRIGAL with fraud indicators that NAREZ-MADRIGAL either registered to vote, has voted, or both.

7. During the HSI investigation of NAREZ-MADRIGAL, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number A XXXXXX356 in the name "Narez-Madrigal" with a date of birth of December XX, 1973, country of birth and citizenship as Mexico.

8. Immigration documentation, specifically Form N-400 records for NAREZ-MADRIGAL, also lists his birth country and citizenship as Mexico, and contains a Social Security number ending in -1425 and a driver's license number BXXXX286.

9. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number BXXXX286 is associated with the name "Narez-Madrigal" and is associated with the same address on XXXX Bonds St, Carson, CA 90745. The latest issue date of this record is April 8, 2025, and it contained a photograph which SAs believe depicts NAREZ-MADRIGAL based on SAs' comparison to other photographs of NAREZ-MADRIGAL. This record also shows a date of birth as December XX, 1973, and contains an image of NAREZ-MADRIGAL signature.




10. During the HSI investigation of NAREZ-MADRIGAL, SAs subpoenaed the Los Angeles County Registrar's Office for Voter Registry Information for NAREZ-MADRIGAL associated with the same address on XXXX Bonds St, Carson, Ca 90745.

11. In September 2026, SAs received a certified voter registration application number XXXXXX728, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "Narez." Under the application question of "Are you a U.S. citizen?" the answer "yes" is checked. Following a declaration under penalty of perjury warning, the voter registration application is signed and dated February 15, 2014.



(17) Are you a U.S. citizen? ☑ Yes ☐ No
Will you be 18 or older by the next election? ☑ Yes ☐ No

(18) **Read and sign below.**
I am a U.S. citizen and will be at least 18 years old on election day. I am not in prison, on parole, serving a state prison sentence in county jail, serving a sentence for a felony pursuant to subdivision (h) of Penal Code section 1170, or on post release community supervision. I understand that it is a crime to intentionally provide incorrect information on this form. I declare under penalty of perjury under the laws of the State of California that the information on this form is true and correct.

Voter Signature     Date Signed: Month Day Year

91 BH 528677 170001

**Important!** To vote in the next election, you **must** mail or deliver this card at least **15 days** before the next election. New voters who register by mail may have to show their ID at the polling place the first time they vote.

12. The voter application also provided the following for NAREZ-MADRIGAL:

a. California ID number BXXXXXX286

b. Date of birth as December XX, 1973

c. "SSN4" as -1425

13. The signature supplied by the voter and attached to voter application number XXXXX728 is in the name of "Jesus Narez" and appears to match NAREZ-MADRIGAL's signature on his California driver's license dated April 8, 2025.

14. The records from Los Angeles County Registrar's Office show NAREZ-MADRIGAL voted in the general election by mail-in ballot on or around November 5, 2024.

15. Additionally, SAs have reviewed DHS records to determine whether NAREZ-MADRIGAL has ever sought or obtained

United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show NAREZ-MADRIGAL is seeking naturalization and filed an N-400 application. A copy of a Resident Alien Identification Card was uploaded with the Application.




16. Under the application questions in Part 9 of the Form N-400 the first question of “Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?” the answer “No” is checked. The second question “Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer ‘No.’” the answer “No” is checked.

| | | | |
|---|---|---|---|
| 1. | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes | ☒ No |
| 2. | Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where noncitizens are eligible to vote, you may answer "No." | ☐ Yes | ☒ No |

17. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated June 19, 2024.

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

**4.** Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable): Jesus Narez-Madrigal

Date of Signature (mm/dd/yyyy): 06/19/2024

18. The Form N-400 Naturalization application also provided the following for NAREZ-MADRIGAL:

a. Alien Number as A XXXXXX356

b. Date of birth as December XX, 1973

c. Place of birth as Mexico

d. "SSN4" as -1425

e. Phone number as (310)303-XXXX

f. Email as jesusnareznXXX@XXXX.com

19. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

20. Based on the foregoing, I believe there is probable cause to believe that NAREZ-MADRIGAL knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and federal election in violation of 18 U.S.C. § 1015(a) ~~and 52 U.S.C. § 20511(2)(A)~~. ED

/s/
ERIC DIAZ, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before
me This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE